**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| **ROY BALTAZAR,** | ) |
|                **PLAINTIFF,** | )   **NO. SACV 10-1849 GW (AJW)** |
|                **V.** | ) |
| **OFFICER BRETT KLEVOS, ET AL.,** | )   **J U D G M E N T** |
|              **DEFENDANTS.** | ) |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

September 30, 2012

_____
GEORGE H. WU
United States District Judge